William J. O'Shaughnessy
Jonathan M.H. Short
Mark H. Anania
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, New Jersey 07102
Phone: (973) 622-4444
Facsimile: (973) 624-7070

Of Counsel:
Robert L. Baechtold
Nicholas N. Kallas
Diego Scambia
William E. Solander
Filko Prugo
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
Phone: (212) 218-2100
Facsimile: (212) 218-2200

Attorneys for Plaintiffs
Novartis Pharmaceuticals Corporation,
Novartis Corporation and
Novartis International AG

**RECEIVED**

JAN - 9 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION and NOVARTIS INTERNATIONAL AG,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC.,<br><br>Defendants. | Civil Action No.<br>3:06-cv-02885-MLC-TJB |

### STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants hereby stipulate and agree that the above action, including all claims, counterclaims and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

SO STIPULATED:

Dated: January 6, 2009

FITZPATRICK, CELLA, HARPER & SCINTO

By _____
Robert L. Baechtold
Nicholas N. Kallas
Diego Scambia
30 Rockefeller Plaza
New York, New York 10112-3801
Phone: (212) 218-2100

Attorneys for Plaintiffs
Novartis Pharmaceuticals Corporation,
Novartis Corporation, and
Novartis International AG

Dated: January 6, 2009

McCARTER & ENGLISH

By _____
William O'Shaughnessy
Jonathan M.H. Short
Mark H. Anania
Four Gateway Center
100 Mulberry St.
Newark, New Jersey 07102
Phone: (973) 622-4444

Attorneys for Plaintiffs
Novartis Pharmaceuticals Corporation,
Novartis Corporation and
Novartis International AG

2

Dated: January 6, 2009          RAKOCZY MOLINO MAZZOCHI SIWIK LLP

By: _____
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
Phone: 312-222-6301

Attorneys for Defendants
Mylan Pharmaceuticals, Inc. and
Mylan Laboratories, Inc.

Dated: January 6, 2009          SAIBER, LLC

By: _____
Arnold Calmann
Jeffrey Soos
Rina Grassotti
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
Phone: (973) 622-3333

Attorneys for Defendants
Mylan Pharmaceuticals, Inc. and
Mylan Laboratories, Inc.

JAN. 8, 2009

SO ORDERED: _____
MARY L. COOPER, U.S.D.J.

3